-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LARRY PORTER, 88-A04542,

        Plaintiff,

    -v-

GLENN GOORD, DONALD SELSKY, TODD, I.G.,
MICHAEL P. McGINNIS, RICHARD DONAHUE,
JAMES P. WAITE, RICHARD W. STRONG,
GARY P. MORSE, CONNIE DEMERITT,
PAUL WEED, PETER A. MASTRANTONIO, Jr.,
and JOEL ARMSTRONG,

        Defendants.

**DECISION and ORDER**
04-CV-506F

---

Plaintiff *pro se* Larry Porter filed a complaint pursuant to 42 U.S.C. § 1983 wherein he failed to allege sufficient facts to state a claim against any defendant except defendant Donahue (Docket No. 1). Plaintiff was ordered to amend his complaint as to defendant Donahue alone (Docket No. 4) and has done so. Plaintiff's amended complaint makes clear that he can state claims against the previously named defendants. The Court therefore accepts plaintiff's amended complaint and deems the defendants to be the defendants listed above.

Accordingly, the Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint (as defined in this Order), and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint

SO ORDERED.

Dated:   July 24, 2005
Buffalo, New York

_____
WILLIAM M. SKRETNY
United States District Judge